# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MIU, | CASE NO. 1:09-cv-01297-OWW-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| CLARK, et al., | (ECF No. ) |
| Defendants. | |

Plaintiff Daniel Miu ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed January 25, 2010, against Defendants Enenmoh and Rameh for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

On March 21, 2011, Defendants filed a motion to dismiss. Plaintiff failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion to dismiss within **thirty (30) days** from the date of service of this order; and

2. The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:   May 3, 2011**              /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE